IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:94-cr-17-7 FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | |
| | ) | |
| BRYANT DUBOSE | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 383) for early termination of Probation. Defendant's motion is **DENIED**. This request needs to come from the defendant's Attorney or Probation Officer.

**IT IS SO ORDERED**.

Signed: March 24, 2010

Frank D. Whitney
United States District Judge